IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:11-CR-238-1D
NO. 5:11-CR-238-2D
NO. 5:11-CR-238-3D
NO. 5:11-CR-238-4D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| ALFONZA MCCOY | ) |
| WANDA JEAN DIXON | ) |
| HELEN TAYLOR DIXON | ) |
| LAVERNE BRIDGERS | ) |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on December 12, 2011 and January 12, 2012, this Court entered Preliminary Orders of Forfeiture pursuant to the provision of 21 U.S.C. § 853, based upon the defendants' Plea Agreements, and the defendants agreeing to the forfeiture of the property listed in the December 12, 2011 and January 12, 2012 Preliminary Orders of Forfeiture, to wit: (1) The real property and home located on Wilson County Parcel ID Number 3659989079, having a street address of 6560 E US 264 ALT, Saratoga, NC 27873, titled in the names of Alfonza McCoy and Wanda Jean Dixon, described in Book 1699, Page 109 of the Wilson County Register of Deeds; and (2) One 2005 Cadillac STS, VIN: 1G6DC67A050166233;

1

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between April 20, 2013 and May 19, 2013, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions, and said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the potential petitioners as to the subject properties in this criminal forfeiture action are listed as follows: the Wilson County Tax Administrator, Willie Albert Dixon, Wanda Jean Dixon, and GE Money Bank;

AND WHEREAS, service of the Preliminary Orders of Forfeiture was made on the Wilson County Tax Administrator, via certified mail on July 1, 2013 by an agent of the U. S. Postal Service;

AND WHEREAS, service of the Preliminary Orders of Forfeiture was made on Wanda Jean Dixon, via certified mail on December 30, 2013 by an agent of the U. S. Postal Service;

AND WHEREAS, service of the Preliminary Order of Forfeiture was made on Willie Albert Dixon, via personal service on January 8, 2014 by an agent of the U. S. Marshal Service (DE #199);

AND WHEREAS, service of the Preliminary Orders of Forfeiture was made on GE Money Bank, via certified mail on April 7, 2014 by an agent of the U. S. Postal Service;

AND WHEREAS, service upon the subject real property was executed by posting of the Preliminary Orders of Forfeiture on the property by an agent of the United States Marshal Service on April 25, 2013;

AND WHEREAS, examination of the Court's files and records shows that service upon the subject 2005 Cadillac STS, VIN: 1G6DC67A050166233, was effected by an agent of the U. S. Marshal Service on April 22, 2013;

AND WHEREAS, on July 23, 2013, a Petition for Allowance of Secured and Priority Tax Lien Claim in Property was filed by the Wilson County as to the subject real property;

AND WHEREAS, on August 7, 2013, the United States filed a Response Recognizing Petition of Wilson County;

AND WHEREAS, it appears from the record that no other claims, contested or otherwise, have been filed for any of the subject property described in this Court's December 12, 2011 and January 12, 2012 Preliminary Orders of Forfeiture, other than that specifically mentioned herein;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the subject property listed in the December 12, 2011 and January 12, 2012 Preliminary Orders of Forfeiture

3

is hereby forfeited to the United States. The United States is directed to dispose of the property according to law, subject to the tax lien of Wilson County.

  2. That any and all forfeited funds shall be deposited by the United States Department of Justice as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED. This 9 day of July 2014.

*signature*
JAMES C DEVER III
Chief United States District Judge

4