IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CR-238-D
No. 5:13-CV-431-D
No. 5:16-CV-643-D

| | |
|---|---|
| ALFONZA MCCOY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

On July 18, 2014, the court dismissed Alfonza McCoy's ("McCoy") first section 2255 motion [D.E. 206]. McCoy did not appeal this court's order. On June 30, 2016, McCoy filed a second section 2255 motion [D.E. 229]. On November 21, 2016, McCoy filed a third section 2255 motion [D.E. 234]. On February 23, 2017, the government filed a motion to dismiss with a supporting memorandum [D.E. 238, 239].

McCoy's latest motions are successive, and the United States Court of Appeals for the Fourth Circuit has not authorized the motions. Accordingly, the court lacks subject-matter jurisdiction over McCoy's latest motions. See, e.g., 28 U.S.C. § 2255(h); Burton v. Stewart, 549 U.S. 147, 152–53 (2007) (per curiam); In re Williams, 364 F.3d 235, 238 (4th Cir. 2004); United States v. Winestock, 340 F.3d 200, 205–07 (4th Cir. 2003). Thus, the court GRANTS the government's motion to dismiss [D.E. 238] and DISMISSES as successive McCoy's motions for relief under 28 U.S.C. § 2255 [D.E. 229, 234]. The court DENIES a certificate of appealability. See 28 U.S.C. § 2253(c); Miller-El v. Cockrell, 537 U.S. 322, 336–38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000).

SO ORDERED. This 9 day of May 2018.

                                          *Dever*
                                    JAMES C. DEVER III
                                    Chief United States District Judge